IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| CRAIG B. McLEOD, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CIVIL NO. 3:05CV448 |
| v. | ) ) ) | |
| SAUL W. NATHANSON, | ) ) | |
| Defendant. | ) | |

## ORDER

The United States of America has filed a Motion for Substitution of Jo Anne B. Barnhart, Commissioner of the Social Security Administration, as defendant in place of Saul W. Nathanson with respect to the cause of action brought by the pro se plaintiff. The Motion was filed because Saul W. Nathanson, acting in is official capacity as an administrative law judge for the Social Security Administration, issued a finding that the claimant was not entitled to disability insurance benefits nor supplemental security income under section 1602 and 1614(a)(3)(A) of the Act.

IT IS HEREBY ORDERED that pursuant to the provisions of 28 U.S.C. § 2679, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, be substituted as the defendant with respect to the cause of action alleged in the Complaint against Saul W. Nathanson.

IT IS FURTHER ORDERED Saul W. Nathanson is dismissed as defendant.

**Signed: January 20, 2006**

Graham C. Mullen
Chief United States District Judge