IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV448MU

| | |
|---|---|
| CRAIG B. McLEOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| **Commissioner of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the court upon Defendant's motion to dismiss the Complaint pursuant to Rule 41(b) for Plaintiff's failure to prosecute.

It appears that Defendant may be entitled to a dismissal in this action. Therefore, the Plaintiff is directed to file a response as described below:

**TO THE PLAINTIFF, CRAIG B. McLEOD, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Defendant's brief supporting the Motion to Dismiss.

Within fourteen (14) days of the date of entry of this order, the Plaintiff must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion to Dismiss. If you fail to respond to this motion, the court will proceed to decide the matter. A copy of the response must be served on the Defendant and a certificate of service must be filed with the court showing that a copy has been sent to counsel for the Defendant.

**IT IS THEREFORE ORDERED** that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendant's Motion to Dismiss.

The Clerk is directed to certify copies of this Order to Plaintiff and counsel for Defendant. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

Signed: June 7, 2006

Graham C. Mullen
United States District Judge