# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:05CV448-MU

| | |
|---|---|
| CRAIG B. McLEOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| JO ANNE B. BARNHART,<br>Commissioner of the Social Security<br>Administration, | ) ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the court upon its own motion. An order was entered by the Court on June 7, 2006, directing the Plaintiff to explain why he has failed to prosecute this action. Plaintiff was allowed 14 days from the date of the order to respond or risk dismissal of his claims. As of June 28, 2006, Plaintiff has yet to respond.

**IT IS THEREFORE ORDERED** that the above captioned case is **DISMISSED** for failure to prosecute.

Signed: June 28, 2006

Graham C. Mullen
United States District Judge